IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JA'MARIO JAMES,<br><br>    Petitioner,<br><br>vs.<br><br>MICHELLE CAPPS-WILHELM, and SCOTT FRAKES,<br><br>    Respondents. | 8:21CV346<br><br>ORDER |

  This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing 2.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the court's records, Petitioner paid the $5.00 fee on September 3 2021. Accordingly,

  IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing 2) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

  Dated this 7th day of September, 2021.

                  BY THE COURT:

                  *Richard G. Kopf*

                  Richard G. Kopf
                  Senior United States District Judge